UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

IVAN STANOJEVIC, YVETTE SAAVEDRA,
ADELA PORUTIU, PHILLIP LOPEZ, ADAM
SABIN, VELISA SAVIC, CLAUDIA
FUNDORA, and JEANNE McCUE,

    Plaintiff,

vs.

CG RYC, LLC, CG RYC OWNER, LLC and
FOOD AND LEVERAGE, LLC d/b/a
RIVER YACHT CLUB,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, CG RYC, LLC, CG RYC OWNER, LLC and FOOD AND LEVERAGE, LLC d/b/a RIVER YACHT CLUB ("Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove the instant action from the Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

    1.    On or about February 28, 2017, Plaintiffs, IVAN STANOJEVIC, YVETTE SAAVEDRA, ADELA PORUTIU, PHILLIP LOPEZ, ADAM SABIN, VELISA SAVIC, CLAUDIA FUNDORA, and JEANNE McCUE ("Plaintiffs") filed a civil action against Defendants in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County,

Florida, bearing Case No. 2017-004855-CA-01 ("Circuit Court Action"). A copy of all papers currently on file with the State court is attached hereto as **Composite Exhibit "1."**

2. Defendants were served with this action on March 16, 2017. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which Defendants received a copy of Plaintiffs' Complaint. All Defendants consent to the removal of this action.

3. This is an action arising under the laws of the United States of America, 29 U.S.C. Sec. 201, *et seq.*, the Fair Labor Standards Act. As a result thereof, this action raises a federal question and this Court has original jurisdiction over this action under 28 U.S.C. § 1331. Defendants are entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441(a).

4. The District and Division embracing the place where the State Circuit Court Action is pending is the United States District Court for the Southern District of Florida, Miami Division.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the removal to Plaintiffs in this action and have filed a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as **Exhibit "2."**

6. Removal to this Court is therefore appropriate and proper.

Respectfully Submitted March 21, 2017

/s/ Sundeep K. Mullick
Sundeep K. Mullick, Esq.
*Law Office of Lowell J. Kuvin, LLC*
Fla. Bar No.: 18175
sunny@kuvinlaw.com
17 East Flagler St., Suite 223

Miami Florida 33131<br>
Tel:    305.358.6800<br>
Fax:   305.358.6808<br>
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by e-mail only to Plaintiffs' counsel, Lawrence McGuiness, Esq. at ljmpalaw@netzero.com and scheduling_ljmpa@comcast.net

/s/ Sundeep K. Mullick<br>
Sundeep K. Mullick, Esq.

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808