```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION

            CASE No. 17-cv-21066-SIMONTON
```

IVAN STANOJEVIC, et al.,

    Plaintiffs,

v.

GR RYC, LLC, et al.,

    Defendants.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

PLAINTIFFS, by and through their undersigned counsel, and with Defendants' consent, hereby state that after reviewing the documents provided by Defendants Plaintiff agree to dismiss the above-styled action *with prejudice*. Each party to bear it own attorney's fees and costs.

    Respectfully Submitted,

```
                    /s/ Lawrence J. McGuinness
                    Fla. Bar No. 814611
                    McGuinness & Gonzalez, P.A.
                    3126 Center Street
                    Coconut Grove, FL 33133
                    Tel. (305) 448-9557
                    Fax. (305) 448-9559
                    ljmpalaw@netzero.com
                    scheduling_ljmpa@comcast.net

                    Counsel for Plaintiffs
```

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that: I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service in the manner specified, either via transmission of the Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, this 7/14/17.

    Respectfully submitted,

      /s/ Lawrence J. McGuinness, Esq.
      Fla. Bar No. 814611
      McGuinness & Gonzalez, P.A.
      3126 Center Street
      Coconut Grove, FL 33133
      Tel. (305) 448-9557
      Fax. (305) 448-9559
      *ljmpalaw@netzero.com*
      *scheduling_ljmpa@comcast.net*

      *Counsel for Plaintiffs*

**SERVICE LIST**

Lowell J. Kubin, Esq.
Fla. Bar No. 53072
*lowell@kuvinlaw.com*
Sundeep K. Mullick, Esq.
Fla. Bar No. 18175
*sunny@kuvinlaw.com*
*esther@kuvinlaw.com*
Law Office of Lowell J. Kevin, LLC
17 East Flagler Street, Suite 223
Miami, FL 33131
Tel. (305) 358-6800
Fax. (305) 358-6808

*Counsel for Defendants*
*Service via CM/ECF*